COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       German Perez-Vasquez v. The State of Texas

Appellate case number:    01-15-00882-CR

Trial court case number:   13CR0953

Trial court:                     405th District Court of Galveston County

On October 25, 2016, the court issued an order stating that appointed counsel, Kevin B. Stryker, had not filed a brief. The order noted that counsel had requested and received five extensions, and it denied counsel's sixth request for extension, ordering him to file the brief within 20 days, or else an abatement order would issue for a hearing in the trial court. No brief was filed.

On December 13, 2016, the court abated the appeal and remanded to the trial court for a hearing to determine why counsel had not filed a brief. On the same day the order issued, counsel tendered a brief, a motion for extension of time to file the brief, and a motion to exceed the page limit for the brief. On December 16, 2016, counsel filed a motion to reinstate the appeal because the brief had been filed.

We grant the motion to reinstate, withdraw our abatement order of December 13, 2016, and order the appeal reinstated on the active docket. We grant appellant's motion to exceed the page length for the brief. We deny the motion for extension but we nevertheless accept the late-filed brief received on December 13, 2016. *See* TEX. R. APP. P. 38.8(b)(1) The State's brief is due 30 days from the date of this order.

It is so ORDERED.

Judge's signature: /s/ Massengale
                       X Acting individually      ☐ Acting for the Court

Date:  January 5, 2017